UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

LAWRENCE H. LEVIN,

        Plaintiff,

    v.

VISUAL COMPUTER SOLUTIONS, INC.

        Defendant.
_____

Civil Action No.: 3:18-CV-03631-FLW-TJB

**STIPULATION OF DISMISSAL AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel to the parties in this action that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff's individual claims in this action shall be dismissed with prejudice, except that the claims of other proposed class members shall be dismissed without prejudice. Each party shall bear its own attorneys' fees and costs except as may otherwise be agreed to by the parties.

Dated: June 20, 2018

**DeNITTIS OSEFCHEN PRINCE, P.C.**     **SONNENBLICK, PARKER & SELVERS, P.C**

By:   s/ Ross H. Schmierer                         By:   s/ Chad N. Cagan
       Ross H. Schmierer, Esq.                              Chad N. Cagan, Esq.
       525 Route 73 North, Suite 410                   4400 Route 9 South, Suite 3000
       Marlton, NJ 08053                                         Freehold, New Jersey 07728
       (T): 856-797-9951                                           (732) 431-1234
       rschmierer@denittislaw.com                       ccagan@spspc.com
       *Attorneys for Plaintiff*                                   *Attorneys for Defendant*

**SO ORDERED**:

/s/          Freda L. Wolfson
Hon. Freda L. Wolfson, U.S.D.J.